IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*<br><br>v.<br><br>**Barbara Valentín-Rivera**<br>*Defendant* | Crim. No.: 21-359-3 (PAD) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Undersigned counsel hereby notifies the Court and all parties of record that he has been retained by defendant **Barbara Valentín-Rivera.** Undersigned counsel respectfully requests that the Clerks of this Court enter the appearance of undersigned attorney Leonardo M. Aldridge as counsel for defendant **Barbara Valentín-Rivera**.

I HEREBY CERTIFY that on this date I electronically filed the present notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of July, 2022.

*S/Leonardo M. Aldridge*
Counsel for the Defendant
USDC-PR 300011
ECIJA-SBGB Law Offices